AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GS HOLISTIC, LLC<br><br>*Plaintiff(s)*<br>v.<br>MARKET 49 SMOKE SHOP INC. d/b/a MR SMOKEY SMOKE SHOPS #1 and MARK ROLLINS,<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-21287 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARKET 49 SMOKE SHOP INC. d/b/a MR SMOKEY SMOKE SHOPS #1
REGISTERED AGENT: MARK ROLLINS
70 W 49th St.
Hialeah, FL 33012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gabrielle Alexa Penalta, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Apr 5, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| GS HOLISTIC, LLC | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:23-cv-21287 |
| MARKET 49 SMOKE SHOP INC. d/b/a MR SMOKEY SMOKE SHOPS #1 and MARK ROLLINS, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK ROLLINS
495 Brickell Ave.
Apt. 505
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gabrielle Alexa Penalta, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Apr 5, 2023

*s/ A. Alonso*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court